IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:91-cr-01032-MP-AK

JOHN COLLIER WIMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 778, the Report and Recommendation of the Magistrate Judge, recommending that Mr. Wims' § 2255 motion be denied.  Previously, Mr. Wims was given the chance to make <u>Apprendi</u> arguments to the Eleventh Circuit, but the Eleventh Circuit, applying a plain error test, held that his sentence should not be vacated.   Mr. Wims now argues that his appellate counsel was ineffective for failing to argue constructive amendment of the indictment when he was sentenced for drug quantities that were not charged in the indictment.  The Court agrees with the Magistrate Judge that although counsel did not use the term "constructive amendment" she clearly communicated the issue to the panel, using the very cases defendant now relies upon.  Accordingly, she was not ineffective in this way.

Appellate counsel also raised the issue of whether Mr. Wims was improperly being held responsible for a large single conspiracy when there really were many smaller conspiracies most of which did not involve Mr. Wims.  Since that argument was made, the Court agrees that the issue was raised and rejected by the Eleventh Circuit and cannot be the basis of an ineffectiveness claim.

Finally, the bulk of Mr. Wims' written objections to the Report and Recommendation is

that <u>Booker</u> and <u>Blakely</u> should apply retroactively to cases on collateral attack. However, this argument has been expressly rejected by the Eleventh Circuit in <u>Varela v. United States</u>, 400 F.3d 864 (11th Cir. 2005)("Therefore, as the Supreme Court concluded in <u>Schriro</u>, we conclude that <u>Booker</u>'s constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review.").

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *4th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

*Case No: 1:91-cr-01032-MP-AK*